UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| J.B-K.-1 and J.B-K.-2, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| V. | ) Civil No.: 3:18-cv-00025-GFVT-EBA ) ) |
| SECRETARY OF THE KENTUCKY CABINET FOR HEALTH AND FAMILY SERVICES, *et al.*, | ) **JUDGMENT** ) ) |
| Defendants. | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Order entered contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, and the Court being otherwise sufficiently advised, it is hereby **ORDERED AND ADJUDGED** as follows:

1. As to Count I of the Amended Complaint, judgment is **ENTERED** in favor of the Defendants with respect to the Children's Class and the Caregivers' Class; judgment is **ENTERED** in favor of the Plaintiffs with respect to the Cabinet Custody Class;

2. As to Counts II and III of the Amended Complaint, judgment is **ENTERED** in favor of the Defendants with respect to the Children's Class and the Caregivers' Class; judgment is **ENTERED** in favor of the Plaintiffs with respect to the Cabinet Custody Class;

3. As to Count IV of the Amended Complaint, judgment is **ENTERED** in favor of the Defendants;

4. This is a **FINAL** and **APPEALABLE ORDER**, there is no just cause for delay; and

5. All issues having been resolved, this case is **STRICKEN** from the active docket.

This the 28th day of May, 2020.

Gregory F. Van Tatenhove
United States District Judge